UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| SUE EATON, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:17-cv-7 |
| v. ) | |
| ) | Judge Mattice |
| COMBINED INSURANCE COMPANY ) | |
| OF AMERICA, ) | Magistrate Judge Guyton |
| ) | |
| *Defendant*. ) | |

## JUDGMENT

This case came before the Court on Defendant's Motion for Judgment on the Pleadings. (Doc. 21). The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 27th day of April, 2017.

                                                         /s/ *Debra C. Poplin*
                                                         Debra C. Poplin
                                                      CLERK OF COURT